**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL AND JOYCE RODRIGUEZ,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC
and THE WOLF FIRM LAW CORPORATION,

    Defendants.
    /

No. C 14-03259 WHA

**ORDER RE BRIEFING DEADLINES FOR MOTION TO DISMISS**

On August 22, 2014, defendant Nationstar Mortgage LLC filed a motion to dismiss the complaint. Under Civil Local Rule 7-3(a), *pro se* plaintiffs Emmanuel and Joyce Rodriguez had until September 5, 2014, to file an opposition thereto. To date, plaintiffs have not responded to Nationstar's motion.

This action was reassigned to the undersigned judge on September 4, 2014. Although the opposition deadline has come and gone, this order permits plaintiffs to submit an opposition to the motion to dismiss, to the following extent. If plaintiffs choose to oppose, that opposition must be received by no later than **SEPTEMBER 19, 2014**. Any reply thereto would be due by **SEPTEMBER 26, 2014**. Please be aware that failure to respond to Nationstar's motion may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 9, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE