IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL AND JOYCE RODRIGUEZ,

    Plaintiffs,

  v.

NATIONSTAR MORTGAGE LLC and THE WOLF FIRM LAW CORPORATION,

    Defendants.

No. C 14-03259 WHA

**ORDER EXTENDING PLAINTIFFS' DEADLINE TO OPPOSE**

In an order dated September 9, 2014 (Dkt. No. 13), the undersigned judge informed *pro se* plaintiffs Emmanuel and Joyce Rodriguez that their deadline to oppose defendant's motion to dismiss was extended from September 4, 2014, to September 19, 2014. That September 19 deadline has come and gone, with no response received from plaintiffs.

Nevertheless, this order extends plaintiffs' opposition deadline a second time, such that any opposition by plaintiffs must be received by **SEPTEMBER 30, 2014**. Any reply thereto would be due by **OCTOBER 7, 2014**. Again, plaintiffs will please be aware that failure to respond to defendant's motion to dismiss may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: September 23, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE