IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL and JOYCE RODRIGUEZ,

    Plaintiffs,

  v.

NATIONSTAR MORTGAGE LLC and THE WOLF FIRM LAW CORPORATION,

    Defendants.

No. C 14-03259 WHA

**ORDER TO SHOW CAUSE**

Defendant Nationstar Mortgage LLC has filed a motion to dismiss. Civil Local Rule 7-3(a) thus required *pro se* plaintiffs Emmanuel and Joyce Rodriguez to submit an opposition or response thereto by September 5, 2014. Prior orders twice extended plaintiffs' deadline to oppose or respond to Nationstar's motion — from September 5, 2014, to September 19, 2014, and again to September 30, 2014. Those orders also warned plaintiffs on two occasions that failure to respond to Nationstar's motion may result in dismissal of this action.

Nevertheless, no such opposition or response has been received. Plaintiffs are therefore **ORDERED TO SHOW CAUSE** as to why this action should not be dismissed for failure to prosecute, and why plaintiffs did not oppose or respond to Nationstar's motion. Plaintiffs' response must be received by **OCTOBER 8, 2014**. This order to show cause does not constitute permission to file a late opposition. If plaintiffs do not respond to this order to show cause by October 8, 2014, this action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE