IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL and JOYCE RODRIGUEZ,

    Plaintiffs,

  v.

NATIONSTAR MORTGAGE LLC
and THE WOLF FIRM LAW CORPORATION,

    Defendants.

No. C 14-03259 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: October 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE